IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBIN A. PITTS,

    Plaintiff,

v.                                           Civil Action No. 3:13CV00366-HEH

EQUIFAX INFORMATION
 SERVICES, LLC, et al.,

    Defendants.

**SCHEDULING ORDER**

Finding it in the interest of justice and otherwise reasonably necessary for the orderly and efficient administration of justice, it is hereby **ORDERED** that the schedule set forth below and in Pretrial Schedule A (attached) shall govern the progress of this action, except to the extent amended or augmented by the terms of the Initial Pretrial Order issued after the pretrial conference or by any other Order.

    **1.** Any party which has not filed an Answer to the Complaint shall do so within **eleven (11)** days after entry of this Scheduling Order. Filing of an Answer shall not waive any previously filed motions or properly presented objections to jurisdiction or service of process.

    **2.** Any motions for joinder of additional parties shall be filed within **twenty-one (21)** days after entry of this order. Motions to amend pleadings shall be filed in accordance with F.R.C.P. 15(a). Any such motions filed which do not comply with the above will be entertained only upon a showing of good cause.

**3.** A settlement conference referral will be made at the time of the Initial Pretrial Conference. Counsel for each party, and a representative of each party with authority to conclude a settlement of this action, shall meet in person with the undersigned district judge or, if directed, with another district or magistrate judge to discuss settlement. The representative for a business entity (corporation, partnership or otherwise) must be an officer or employee <u>not employed</u> in the business entity's law department or general counsel's office, although such lawyers are welcome to attend with the other representative. Each counsel shall be prepared to present a cogent, brief summary of the issues of liability and damages. Counsel for each party shall be responsible to assure that the settlement conference is conducted as herein prescribed. **If an early settlement conference is desired, contact the Clerk's Office at (804) 916-2227 for referral to a Magistrate Judge.**

The Clerk is directed to send a copy of this Scheduling Order and attached Pretrial Schedule A to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿/s/＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Henry E. Hudson
　　　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia

Date: August 8, 2013